Susan Barilich, Esq. (SBN 159530)
**SUSAN BARILICH, P.C.**
535 N. Brand Blvd. Ste. 504
Glendale, CA 91203
Tel. 818-500-0377
FAX 800-850-7209
Email: susan@barilichlaw.com
Attorneys for Creditor/Appellant,
Lipp CDS, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| Lipp CDS, Inc.,<br><br>　　　　　Appellant,<br>vs.<br><br>Former BL Stores, Inc.,<br><br>　　　　　Appellee. | Case No.: 25-CV-1398UNA<br><br>**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT**<br><br>Judge Hon. J. Kate Stickles<br><br>Bankruptcy Case No. 24-11967 (JKS)<br>Bankruptcy BAP No. 25-53 |

1

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM
BANKRUPTCY COURT

## DESIGNATION OF RECORD

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 3301 | 11/4/2025 | Order Sustaining Objection and Disallowing Claim No. 10731 Filed By Lipp CDS, Inc. Inc. |
| 3300 | 11/4/2025 | Memorandum Opinion |
| 3328 | 11/18/2025 | Notice of Appeal and Statement of Election |
| 2808 | 5/28/2925 | Motion of Lipp CDS, Inc. to File Proof of Claim After Claims Bar Deadline |
| 2917 | 6/26/25 | Stipulation Order Granting Leave to File Proof of Claim After Claims Bar Deadline |
| Claim No. 10731 | 7/8/2025 | Proof of Claim of Lipp CDS, Inc. |
| 2989 | 7/22/2025 | Debtor's Objection to Lipp CDS, Inc. Proof of Claim |
| 3057 | 8/5/2025 | Response to Debtor's Objection to Proof of Claim |
| 3143 | 9/8/2025 | Joint Letter Consenting to Court Issuing Ruling on Objection Without Hearing |
| 1416 | 12/23/24 | Transcript of Hearing Before The Honorable J. Kate Stickles U.S. Bankruptcy JUDGE |

## STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in finding that the determination by the U.S. District Court for the Central District of California on August 8, 2024, that the Original Purchase agreement between Big Lots Stores--PNS, LLC and 6351 Westminster Blvd. LLC was void affected the rights of Lipp CDS, Inc. to receive a commission.

2. Whether the Bankruptcy Court erred in finding that the expiration of the Client Registration and Commission Agreement dated February 23, 2023, precluded Lipp CDS, Inc. from receiving a commission.

3. Whether the Bankruptcy Court erred in finding that Lipp CDS, Inc. did not have a post-petition administrative priority claim.

Dated:  November 30, 2025

SUSAN BARILICH P.C.

By: _____
Susan Barilich,
Attorneys for Creditor/Appellant,
Lipp CDS, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | CASE NO: 24-11967 (JKS) |
| recaptioned as Former BL stores, Inc. | |
| Debtors.1 | |

## CERTIFICATE OF SERVICE

I, Susan Barilich, of Susan Barilich, P.C. hereby certify that on the 1st of December, 2025, I served a copy of the **APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT** on the attached service list via electronic mail.

*[signature]*

Susan Barilich, Esq. (CA Bar No. 159530)

# SERVICE LIST

**VIA EMAIL:**

Robert J. Dehney, Sr., Esquire
Andre R. Remming, Esquire
Tamara K. Mann, Esquire
Sophie Rogers Churchhill, Esquire
Casey B. Sawyer, Esquire
**MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899


Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Ethan Stern, Esquire
**DAVIS & POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017


Office of the United States Trustee
Attn: Linda Casey, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington DE 19801

**VIA PERSONAL SERVICE:**
Honorable J. Kate Stickles
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801