IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FORMER BL STORES, INC., *et al.*, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Case No. 24-11967 (JKS) |
| —————————————— | ) | |
| | ) | |
| LIPP CDS, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | Civ. No. 25-1398 (GBW) |
| FORMER BL STORES, INC., | ) | |
| | ) | |
| Appellee. | ) | |
| —————————————— | ) | |

## **ORDER**

WHEREAS, on November 4, 2025, the Bankruptcy Court issued an order (D.I. 1-2) (the "Disallowance Order"), which disallowed a certain claim asserted against the above-captioned Debtors by appellant Lipp CDS, Inc. (the "Appellant");

WHEREAS, on November 10, 2025, the chapter 11 case was converted to a case under chapter 7 (Bankr. D.I. 3319), and Alfred T. Giuliano was appointed as interim chapter 7 trustee (Bankr. D.I. 3320) (the "Chapter 7 Trustee");

WHEREAS, on November 12, 2025, the Chapter 7 Trustee entered a notice of appearance through his counsel Pachulski Stang Ziehl & Jones LLP ("PSZ&J") (Bankr. D.I. 3322);

WHEREAS, on November 18, 2025, Appellant filed the Notice of Appeal (D.I. 1), which appears to have been served on Debtors' counsel as opposed to PSZ&J;

WHEREAS, on December 3, 2025, Judge Christopher J. Burke issued an order (the "December 3, 2025 Order") directing the parties to confer and submit to the Clerk of the Court a joint mediation statement no later than December 29, 2025;

WHEREAS, on January 8, 2026, Judge Burke issued a recommendation (the "Recommendation") indicating that, based on the conversion of the bankruptcy case to chapter 7, "the appellee listed on the docket may not be the correct party to this appeal," and recommending that the matter be withdrawn from the mediation process; and

WHEREAS it appears that the Chapter 7 Trustee has not yet taken a position on whether mediation would be beneficial;

IT IS HEREBY ORDERED that:

1.      The Recommendation is not adopted.

2.      The Chapter 7 Trustee is directed to confer with Appellant and submit a joint letter regarding mediation, in accordance with the Court's December 3, 2025 oral order, not later than February 23, 2026, and this Court shall await a further recommendation.

3.      This Order and all future orders in the appeal shall be served on the attached service list.

February 2, 2026                        HONORABLE GREGORY B. WILLIAMS
Wilmington, Delaware                    UNITED STATES DISTRICT JUDGE

**SERVICE LIST**

Bradford J. Sandler
Peter J. Keane
Edward A. Corma
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Ronald S. Gellert
GELLERT SEITZ BUSENKELL & BROWN LLC
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5806
Facsimile: (302) 425-5814
Email: rgellert@gsbblaw.com

Susan Barilich
SUSAN BARILICH, P.C.
535 N. Brand Blvd. Ste. 504
Glendale, CA 91203
Telephone: 818-500-0377
Facsimile: 800-850-7209
Email: susan@barilichlaw.com