IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FORMER BL STORES, INC., *et al.*,<br><br>Debtors. | ) | Chapter 7<br><br>Case No. 24-11967 (JKS) |
| LIPP CDS, INC.,<br><br>Appellant,<br>v.<br><br>FORMER BL STORES, INC.,<br><br>Appellee. | ) | Civ. No. 25-1398 (GBW) |

**ORDER**

WHEREAS, on November 4, 2025, the Bankruptcy Court issued an order (D.I. 1-2) (the "Disallowance Order"), which disallowed a certain claim asserted against the above-captioned Debtors by appellant Lipp CDS, Inc. (the "Appellant");

WHEREAS, on November 10, 2025, the chapter 11 case was converted to a case under chapter 7 (Bankr. D.I. 3319), and Alfred T. Giuliano was appointed as interim chapter 7 trustee (Bankr. D.I. 3320) (the "Chapter 7 Trustee");

WHEREAS, on November 12, 2025, the Chapter 7 Trustee entered a notice of appearance through his counsel Pachulski Stang Ziehl & Jones LLP ("PSZ&J") (Bankr. D.I. 3322);

WHEREAS, on November 18, 2025, Appellant filed the Notice of Appeal (D.I. 1), which appears to have been erroneously served on Debtors' counsel as opposed to PSZ&J;

WHEREAS, on December 3, 2025, Magistrate Judge Burke issued an order (the "December 3, 2025 Order") directing the parties to confer and submit to the Clerk of the Court a joint mediation statement no later than December 29, 2025;

WHEREAS, on January 8, 2026, Judge Burke issued a recommendation (the "Recommendation") indicating that, based on the conversion of the bankruptcy case to chapter 7, "the appellee listed on the docket may not be the correct party to this appeal," and recommending that the matter be withdrawn from the mediation process;

WHEREAS on February 2, 2026, the Court issued an order (D.I. 9) directing the Chapter 7 Trustee to confer with Appellant and submit a joint letter regarding mediation, in accordance with the Court's December 3, 2025 oral order, not later than February 23, 2026;

WHEREAS, on February 23, 2026, the Trustee filed a stipulation seeking an extension of the deadline to submit a joint mediation letter to March 4, 2026 (D.I. 10), which was approved by the Court on February 25, 2026;

WHEREAS, on March 10, 2026, this matter was retained for mediation by Magistrate Judge Tennyson; and

WHEREAS neither Magistrate Judge Burke nor Magistrate Judge Tennyson have received a joint mediation letter to date and the docket reflects no further activity by either party;

IT IS HEREBY ORDERED that:

1. The matter is hereby withdrawn from the mediation process.

2. The following schedule shall govern briefing on the merits of the appeal:

   Appellant's opening brief shall be filed no later than November 12, 2026.

   Appellee's answering brief shall be filed no later than December 10, 2026.

   Appellant's reply brief shall be filed no later than December 31, 2026.

3. Failure to comply with the deadline for filing an opening brief in this matter may result in dismissal of the appeal without further notice.

October 15, 2026
Wilmington, Delaware

HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE